UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 5:19-cr-00146-GFVT-MAS |
| | ) | |
| v. | ) | |
| | ) | |
| VINICIO QUINTEROS HERNANDEZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition as to Reported Violations of Supervised Release filed by United States Magistrate Judge Matthew A. Stinnett. [R. 148.]  The recommendation instructed the parties to file any specific written objections within fourteen (14) days after being served with the decision, or else waive the right to further review.  *Id.* at 7.  The Defendant has not objected and the time to do so has passed.  The Defendant has filed a waiver of his right of allocution.  [R. 149.]

Upon review, the Court is satisfied that Defendant Quinteros Hernandez knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulations as to each essential element of the violations charged.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommended Disposition **[R. 148]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Hernandez is **ADJUDGED** guilty of the Violations; and

3. The Defendant's supervisory period is **REVOKED** with a term of incarceration of **six (6) months**; and

4. Following his term of imprisonment, Defendant Hernandez **SHALL** be placed back on supervised release for **forty-eight (48) months**, subject to the same terms prior to the violation.

This the 29th day of July, 2025.

Gregory F. Van Tatenhove
United States District Judge